996

■

**Zack HARPER, Administrator of Emmett C. Harper, Deceased, Appellant, v. SEABOARD AIR LINE RAILWAY COMPANY, Inc., L. R. Powell, Jr., and Henry W. Anderson, Receivers of the Seaboard Air Line Railway Company, Appellees.**

No. 3934.

Circuit Court of Appeals. Fourth Circuit.

Nov. 25, 1935.

James S. Manning, of Raleigh, N. C. (F. E. Wallace and J. A. Jones, both of Kinston, N. C., R. E. Whitehurst, of New Bern, N. C., and T. J. White, Jr., of Kinston, N. C., on the brief), for appellant.

L. R. Varser, of Lumberton, N. C., and L. I. Moore, of New Bern, N. C. (R. A. McIntyre and O. L. Henry, both of Lumberton, N. C., on the brief), for appellees.

Before PARKER, NORTHCOTT, and SOPER, Circuit Judges.

PER CURIAM.

The judgment appealed from will be reversed, and the case will be remanded to the court below, with directions to that court to remand it to the state court, on the authority of Slate et al. v. Hutcherson (C.C.A.4th) 15 F.(2d) 551, and Hay v. May Department Stores Co., 271 U.S. 318, 46 S.Ct. 498, 70 L.Ed. 965.

Reversed.

**Bernard HARRIS, Appellant, v. H. F. BAKER, Trustee in Bankruptcy of Bernard Harris, Appellee.**

No. 8024.

Circuit Court of Appeals, Ninth Circuit.

Nov. 16, 1935.

J. Oscar Goldstein, of Chico, Cal., and Arthur P. Shapro, of San Francisco, Cal., for appellant.

A. D. Schaffer and Torregano & Stark, all of San Francisco, Cal., for appellee.

Before WILBUR, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered, appeal dismissed; mandate forthwith.

**Versa Sue HARRIS, Appellant, v. Mrs. Nell M. HARRIS et al.**

No. 10290.

Circuit Court of Appeals, Eighth Circuit.

Sept. 16, 1935.

L. B. Smead, L. W. Bower, and J. Bruce Streett, all of Camden, Ark., and A. H. Rowell, of Pine Bluff, Ark., for appellant.

J. R. Wilson and C. E. Wright, both of El Dorado, Ark., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellant, per stipulation of parties.